## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

U.S.A. vs. TROY MOODY                                    Docket No. 3:00CR00186 (RNC)

### PETITION ON PROBATION AND SUPERVISED RELEASE

      **COMES NOW** STEVEN J. LAMBERT, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Troy Moody who was sentenced to 60 months' imprisonment on Count One and 68 months' imprisonment concurrent on Count Six for a violation of 18 U.S.C. Section 371, Conspiracy to Commit Bank Fraud and 18 U.S.C. Section 1344 (a), Bank Fraud by the Honorable Robert N. Chatigny, Chief United States District Judge sitting in the court at Hartford, Connecticut on June 1, 2004 who fixed the period of supervision at 3 years on Count One and 5 years on Count Six to run concurrently which commenced on July 2, 2007 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant will pay restitution in the amount of $436,361 with interest waived. Restitution payments will be made at the rate of 20% of the defendant's gross income, but no less than $100 per month;   SEE PAGE 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

The defendant is being cited for violating the following conditions of supervised release:

**Charge No.1:** Standard Condition No. 4: "You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."

On March 3, 2008, Troy Moody was instructed to report to the probation office on a bi-weekly basis, specifically, every Monday until otherwise directed due to his failure to obtain legitimate employment. He has subsequently failed to report on March 17, 2008, March 31, 2008 and April 14, 2008. Additionally, Mr. Moody has failed to respond to written correspondence instructing him to contact the probation office and several telephone messages left at his residence. During several home visits to Mr. Moody's residence, he has not been home nor has he, to date, responded to business cards left at his residence instructing him to contact the probation office.

      **PRAYING THAT THE COURT WILL ORDER** a warrant to issue tolling Mr. Moody's term of supervised release.

**ORDER OF COURT**                                        Sworn to By _____

Considered and ordered this __25__ day of April, 2008 and ordered filed and made a part of the records in the above case.

/s/ Robert N. Chatigny, USDJ                              Steven J. Lambert
_____                             Senior United States Probation Officer
The Honorable Robert N. Chatigny
Chief United States District Judge                        Place __Hartford, CT__

                                                       Date __4-25-08__

Before me, the Honorable Robert N. Chatigny, Chief United States District Judge, on this 25 day of April, 2008 at Hartford, Connecticut, Senior U.S. Probation Officer Steven J. Lambert appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

/s/ Robert N. Chatigny, USDJ
The Honorable Robert N. Chatigny

Chief United States District Judge

SPECIAL CONDITIONS (CONTINUED)

(2) The defendant will participate in a program of substance abuse monitoring, counseling, and treatment as directed by the United States Probation Office; and (3) the defendant will participate in a program of mental health evaluation, counseling, and treatment under the direction of the United States Probation Office; the defendant wil pay all, or a portion of, the costs associated with his participation in these programs based on his ability to pay, in an amount to be determined by the United States Probation Office.